**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Nick Richards | Date: August 21, 2013 |
| Court Reporter: Tammy Hoffschildt | Interpreter: Dave Roberts and Alberto Hernandez |
| Probation Officer: n/a | |

**CASE NO. 13-cr-00240-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Mark J. Barrett |
| Plaintiff, | |
| vs. | |
| 1. JORGE LUIS JUARDO LOPEZ, | La Fonda R. Traore |
| 2. HERUBEY RIZO HERNANDEZ, | Lisa Anne Polansky |
| 3. JESSIE TAFOYA, and | Anthony Viorst |
| 4. BILLY SALVADOR TAFOYA, | John Henry Schlie |
| Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING
COURT IN SESSION: 10:13 a.m.**
Appearances of counsel. Defendant is present and in custody.

Motion Hearing called regarding Defendant Herubey Rizo Hernandez's Motion to Disclose Identities of and Information Relation to Government's Informant(s) [Doc. No. 56, filed July 19, 2013], Defendant Herubey Rizo Hernandez's Request for Notice of Government's Intention to Introduce Statements Pursuant to Fed. R. Evid. 801(d)(2)©, (D) or (E) and for Production of Materials Related to the Same [Doc. No. 57, filed July 19, 2013], Defendant Herubey Rizo Hernandez's Request for Notice of the Government's Intention to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b) [Doc. No. 59, filed July 19, 2013], Motion for Immediate Disclosure of Confidential Informant and Related Information [Doc. No. 64, filed July 25, 2013], Defendant Billy Tafoya's Motion for Preservation and Production of All Reports, Notes and Memoranda of Law Enforcement Agents Regarding May 23 Meeting [Doc. No. 65,

filed July 25, 2013], Defendant Billy Tafoya's Motion for Disclosure of Confidential Informant and Related Information [Doc. No. 66, filed July 25, 2013], Defendant Herubey Rizo Hernandez's Request for Notice of Government's Intent to Use Expert Testimony and for Related Discovery Pursuant to Fed. R. Crim. P. 16 and Request for Hearing [Doc. No. 68, filed July 26, 2013], Defendant's Request for *Brady* (Exculpatory) Material [Doc. No. 71, filed July 30, 2013], Defendant's Motion for Disclosure Pursuant to Federal Rule of Evidence 404(b) and 609 [Doc. No. 72, filed July 30, 2013], Defendant's Request for Notice of Government's Intent to use Evidence Pursuant to Federal Rule of Criminal Procedure 12(b)(4)(B) [Doc. No. 73, filed July 30, 2013], Defendant's Motion for Preservation of Tapes and Notes [Doc. No. 74, filed July 30, 2013], Defendant's Request for Notice of Government's Intent to Use Evidence Pursuant to Federal Rule of Criminal Procedure 12(b)(4)(B) [Doc. No. 75, filed July 30, 2013], Defendant's Motion for Early Discovery of Jencks Material and Witness Statements [Doc. No. 77, filed July 30, 2013], Defendant's Motion to Suppress Evidence Seized in Violation of Fourth Amendment [Doc. No. 78, filed July 30, 2013], Defendant's Motion for Disclosure of Identities of Confidential Informants [Doc. No. 79, filed July 30, 2013], Defendant's Motion to Produce *Bruton* Materials and Co-Defendant Proffers [Doc. No. 80, filed July 30, 2013], Defendant's Motion to Compel Disclosures of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment [Doc. No. 81, filed July 30, 2013], and Defendant Billy Tafoya's Motion to Suppress Evidence [Doc. No. 83, filed July 30, 2013].

Interpreters Dave Roberts and Alberto Hernandez sworn.

**10:14 a.m.**   Ms. Polansky makes an Oral Motion to Withdraw Motions Pertaining to Herubey Rizo Hernandez.

**ORDERED:**   Ms. Polansky's Oral Motion to Withdraw Motions is **GRANTED**. Defendant Herubey Rizo Hernandez's Motion to Disclose Identities of and Information Relation to Government's Informant(s) [56], Defendant Herubey Rizo Hernandez's Request for Notice of Government's Intention to Introduce Statements Pursuant to Fed. R. Evid. 801(d)(2)(C), (D) or (E) and for Production of Materials Related to the Same [57], Defendant Herubey Rizo Hernandez's Request for Notice of the Government's Intention to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b) [59] and Defendant Herubey Rizo Hernandez's Request for Notice of Government's Intent to Use Expert Testimony and for Related Discovery Pursuant to Fed. R. Crim. P. 16 and Request for Hearing [68] are **WITHDRAWN**. Ms. Polansky and her client, Mr. Herubey Rizo Hernandez, are excused from these proceedings.

Discussion regarding Motion for Immediate Disclosure of Confidential Informant and Related Information [64], Defendant Billy Tafoya's Motion for Disclosure of Confidential Informant and Related Information [66], and Defendant's Motion for Disclosure of Identities of Confidential Informants [79].

**ORDERED:** Motion for Immediate Disclosure [64], Defendant Billy Tafoya's Motion for Disclosure [66], and Defendant's Motion for Disclosure [79] are **GRANTED IN PART AND DENIED IN PART**. The Government shall provide any and all Giglio and Brady materials, the identity of any confidential informants and any prior misconduct of the informants, including any criminal record, payments made to the informants by the government, and any contracts or memoranda that establishes the contours of their working relationship with the government on or before the close of business on August 29, 2013.

The motion is **DENIED** as to case numbers in which the informant may have had any dealings. The motions are denied without prejudice with leave to re-file once counsel has some information and can make a particularized showing. Defense counsel is advised to first consult with the government before the filing of any motions.

Discussion regarding Defendant Billy Tafoya's Motion for Preservation and Production of All Reports, Notes and Memoranda of Law Enforcement Agents Regarding May 23 Meeting [65].

**ORDERED:** Defendant Billy Tafoya's Motion for Preservation and Production [65] is **GRANTED** to the extent the motion asks for notes, reports, or memoranda of law enforcement agents of the meeting that purportedly occurred on May 23, 2013. The notes, reports, or memoranda shall be produced to Mr. Schlie on or before the close of business on August 29, 2013.

Discussion regarding motions pertaining to Defendant Jessie Tafoya.

**ORDERED:** Defendant's Request for *Brady* (Exculpatory) Material [71] is **GRANTED IN PART AND DENIED IN PART**. Government counsel shall produce any documents pertaining to Brady material on or before August 29, 2013. To the extent the motion seeks any material outside of the scope of Brady material, the motion is denied.

**ORDERED:** Defendant's Motion for Disclosure Pursuant to Federal Rule of Evidence 404(b) and 609 [72] is **GRANTED IN PART AND DENIED IN PART**. The motion is granted to the extent it requests convictions that would subject the witness to impeachment under Federal Rule of Evidence 609. The motion is denied as to 404b. Government counsel shall produce disclosures as granted on the record on or before the close of business on August 29, 2013.

**ORDERED:** Defendant's Request for Notice of Government's Intent to Use Evidence Pursuant to Federal Rule of Criminal Procedure 12(b)(4)(B) [75] is **STRICKEN** as stated on the record.

**ORDERED:**  Defendant's Request for Notice of Government's Intent to use Evidence Pursuant to Federal Rule of Criminal Procedure 12(b)(4)(B) [73] is **DENIED** as moot and overbroad.

**ORDERED:**  Defendant's Motion for Preservation of Tapes and Notes [74] is **GRANTED** as stated on the record.

**ORDERED:**  Defendant's Motion for Early Discovery of Jencks Material and Witness Statements [77] is **DENIED** as stated on the record.

**ORDERED:**  Defendant's Motion to Produce *Bruton* Materials and Co-Defendant Proffers [80] is **GRANTED IN PART AND DENIED IN PART** as stated on the record. The motion is granted to the extent the government has any confessions of defendants or any statements of potential co-defendants who may cooperate with the government. Any confessions or statements of potential cooperation with the government shall be produced on or before the close of business on August 29, 2013.

**ORDERED:**  Defendant's Motion to Compel Disclosures of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment [81] is **DENIED** as cumulative.

**COURT IN RECESS: 11:13 a.m.**
**COURT IN SESSION: 11:33 a.m.**

**11:36 a.m.**   Direct examination of Agent Christian Mohr by Mr. Barrett.

**COURT IN RECESS: 12:13 p.m.**
**COURT IN SESSION: 1:29 p.m.**

**1:30 p.m.**   Cross examination of Agent Mohr by Mr. Viorst.

**1:45 p.m.**   Cross examination of Agent Mohr by Mr. Schlie.

**1:59 p.m.**   Re-direct examination of Agent Mohr by Mr. Barrett.

**2:02 p.m.**   Oral argument by Mr. Viorst.

**2:06 p.m.**   Mr. Schlie adopts the comments made by Mr. Viorst.

**2:07 p.m.**   Findings of the Court.

**ORDERED:**  Defendant's Motion to Suppress Evidence Seized in Violation of Fourth Amendment [78] and Defendant Billy Tafoya's Motion to Suppress Evidence [83] are **DENIED** as stated on the record.

**ORDERED:**  Defendants are **REMANDED** to the custody of the U.S. Marshal.

**COURT IN RECESS: 2:08 p.m.**
**Total in court time: 02:39**
**Hearing concluded**